# Third District Court of Appeal

## State of Florida

Opinion filed February 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0986
Lower Tribunal No. 24-9692-CA-01
_____

**Alberto Budincevich,**
Appellant,

vs.

**HTG Chattanooga II, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles Kenneth Johnson, Judge.

Silver & Silver, Attorneys, and Ira S. Silver, for appellant.

Glenn L. Widom, P.A., and Glenn L. Widom, for appellee.

Before LINDSEY, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.